**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| CALEB MONTES RAMALES, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) ) ) ) | No. 2:26-cv-02280-SHL-atc |
| Respondent. | ) | |

**ORDER REQUIRING RESPONSE**

On March 17, 2026, Petitioner Caleb Montes Ramales filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Montes Ramales challenges his continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks his "immediate, unconditional release," arguing that his detention is "void *ab initio*" and that "a bond hearing is an inadequate remedy in the face of the government's 'automatic stay' power and explicit defiance of judicial orders."  (Id. at PageID 1-2.)  Montes Ramales states that he served Respondent Scott Ladwig and the U.S. Attorney's Office for the Western District of Tennessee with the Petition on March 17.  (Id. at PageID 13.)  Assistant U.S. Attorney Stuart J. Canale filed his notice of appearance the same day.  (ECF No. 6.)  Upon review of the Petition, it is **ORDERED** as follows:

(1)    Within **five days** of this Order, Ladwig shall respond to the petition for writ of habeas corpus in writing.

(2)    Montes Ramales may file a reply within **two days** after Ladwig's responsive filing.

(3)   Ladwig shall not transfer Montes Ramales out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 20th day of March, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2