**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| CALEB MONTES RAMALES, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | No. 2:26-cv-02280-SHL-atc |
| CHRISTOPHER BULLOCK, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) ) ) ) | |
| Respondent. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Caleb Montes Ramales's Petition (ECF No. 1), filed March 17, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 14), filed April 2, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 2, 2026
Date